UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | (Judge          ) |
| | ) | |
| RAJA VOGGU | ) | ELECTRONICALLY FILED |

## CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT 1

From on or about July 2007, in the Middle District of Pennsylvania, the defendant,

**RAJA VOGGU,**

and other individuals both known and unknown to the United States Attorney, aiding and abetting each other, and aided and abetted by each other, did knowingly subscribing as true, under penalty of perjury under Title 28, United States Code, Section 1746, utter a false statement or representation with respect to a material fact in a matter relating to naturalization, citizenship and registry of aliens by the laws of the United States and regulations prescribed there under.

All in violation of Title 18, United States Code, Section 1015(a) and 2.

_____
UNITED STATES ATTORNEY  By TMH                    Dated: May 29, 2012