### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | 3:CR-12-143 |
| | : | |
| RAJA VOGGU, | : | (CAPUTO, J.) |
| Defendant | : | |

### MOTION TO CONTINUE RULE 5/ ARRAIGNMENT/GUILTY PLEA

AND NOW comes the United States Attorney's Office, by and through Todd J. Hinkley, Assistant United States Attorney for the Middle District of Pennsylvania, and files this Motion to Continue the Rule 5/Arraignment/Guilty Plea, scheduled for June 26, 2012 at 9:30 a.m.  In support thereof, it is averred as follows:

1.  On June 4, 2012, an Information was filed charging the Defendant with a violation of Title 18, United States Code, Section 1015(a) and 2.

2.  By Order of the Court, June 11, 2012, a Rule 5/Arraignment/Guilty Plea for this matter is scheduled for Tuesday, June 26, 2012 at 9:30 a.m.

3. Counsel for the Defendant, Ann C. Flannery's, mother passed away on June 17, 2012 and she will be attending a memorial service in Texas during the week of June 25, 2012 and will be unable to attend the hearing.

4.  Counsel for the Defendant concurs in the motion to continue said Arraignment and indicated that the weeks of July 9 or July 16, 2012 would give her

sufficient time to prepare her case.

5.  The delay caused by this Motion is excludable pursuant to 18 U.S.C. §3161(h)(1).

WHEREFORE, the United States respectfully requests this Honorable Court to continue the Rule 5/Arraignment/Guilty Plea until the weeks of July 9 or July 16, 2012.

                                    Respectfully submitted,

                                    PETER J. SMITH
                                    United States Attorney

                                    /s/ Todd K. Hinkley
                                    TODD K. HINKLEY
                                    Assistant U. S. Attorney
                                    PA 68881
                                    Federal Building
                                    235 North Washington Avenue
                                    Scranton, PA 18503
                                    (570) 348-2800 telephone
                                    (570) 348-2037 facsimile

Dated: June 19, 2012

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | 3:CR-12-143 |
| | : | |
| RAJA VOGGU, | : | (CAPUTO, J.) |
| Defendant | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of June, 2012, I caused the foregoing Motion to be filed via ECF and that Ann C. Flannery, Esquire is a filing user under the ECF system. Upon the electronic filing of a pleading or other document, the ECF system will automatically generate and send a Notice of Electronic Filing to all filing users associated with this case. Electronic service by the Court of the Notice of Electronic Filing constitutes service of the filed document and no additional service upon the filing user is required.

/s/ Gwyneth P. Williams
Gwyneth P. Williams
Legal Assistant