## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
         -vs-      :      3:CR-12-143
     :
RAJA VOGGU,      :      (CAPUTO, J.)
           Defendant      :

### WAIVER OF INDICTMENT

1. I understand that I am charged with a felony and, therefore, that I have the right to have the case presented to a grand jury. I further understand that a grand jury consists of not less than sixteen (16) nor more than twenty-three (23) members, at least twelve (12) of whom must concur in the return of an indictment. Thus, by waiving indictment, I concede that had the case been presented to a grand jury, an indictment would have been returned.

2. I am represented by an attorney, Ann C. Flannery of Philadelphia, Pennsylvania; I fully understand that I have the right to be represented by an attorney at every stage of this proceeding and, if necessary, one will be appointed to represent me. I have discussed this matter with my attorney and am satisfied with her representation of me in this proceeding.

3. I fully understand this statement, consisting of two (2) typewritten pages.


_____
RAJA VOGGU
Defendant

_____
ANN C. FLANNERY
Counsel for Defendant


8.22.12