# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -vs- | : | 3:CR-12-143 |
| RAJA VOGGU, | : | (CAPUTO, J.) |
| Defendant | : | |

## P L E A

AND NOW, this 22nd day of August, 2012, the within named Defendant, RAJA VOGGU, having been arraigned in open Court, hereby pleads GUILTY to the within Information.

_____
RAJA VOGGU